UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

AUDREY BRETILLOT et ano,                     Civil Action File No.
                                             14 CV 7633 (JGK)
                Plaintiffs,

    -against-

CLIVE BURROW, et al,                         **NOTICE OF**
                                             **APPEARANCE**
                Defendants.
------------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that the undersigned hereby appears in this action on behalf of defendant CLIVE BURROW.

Dated: Forest Hills, New York
       November 3, 2014

                                      **RAY BECKERMAN, P.C.**

                                      By: _____
                                      Ray Beckerman (RB8783)
                                      Attorneys for Defendants
                                      Clive Burrow and
                                      Urban Cart Inc.
                                      108-18 Queens Blvd. 4th Fl.
                                      Forest Hills NY 11375
                                      (718) 544-3434
                                      ray@beckermanlegal.com