BARRY R. FEERST & ASSOCIATES (BRF-3836)
Attorney for Plaintiff
194 South 8th Street
Brooklyn, New York 11211
(718) 384-9111

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
AUDREY BRETILLOT,

                Plaintiff,

                                  **DECLARATION IN OPPOSITION**

     -against-

CLIVE BURROW, URBAN CART,                       **14cv7633**
LINDSAY PERTH, LANDSKAPP,
IAN DEWSBERY, LOVELL JOHNS,
RICK TARDIFF, CONRAD AYOTTE,
J.S. McCARTHY PRINTERS,
MITCHELL NEWMAN, JIM BERRY,
MITCHELL'S NY DATA MOVERS,

                Defendants.
-------------------------------------------------------X

       BARRY R. FEERST, declares the following pursuant to 28 U.S.C. § 1746:

1. I am an attorney for the plaintiff in the above-entitled action and I submit this declaration in opposition to defendants Clive Burrow and Urban Cart's motion seeking a more definite statement.

2. Attached as Exhibit "1." is a copy of plaintiff Audrey Bretillot's Amended Complaint pursuant to FRCP 15, which supersedes the original complaint that formed the basis of defendants' motion.

3. As can be seen by a reading thereof, the corporate plaintiff has been excluded and only the individual plaintiff remains.

4. Accordingly, since defendants' motion seeks a more definite statement "setting forth

-1-

the state of incorporation and corporate status of the corporate plaintiff named", the instant motion has been rendered ineffectual because there is no corporate plaintiff.

WHEREFORE, it is requested that defendants' motion be denied.

_____/s/_____
BARRY R. FEERST (BRF 3836)

Dated: Brooklyn, New York
November 13, 2014