UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| AUDREY BRETILLOT et ano, | Civil Action File No. |
| | 14 CV 7633 (JGK) |
| Plaintiffs, | |
| -against- | |
| CLIVE BURROW, et al, | **REPLY** |
| | **DECLARATION** |
| Defendants. | |

-----------------------------------------------------------------x

   **RAY BECKERMAN**, duly admitted to practice in this Court, affirms under penalty of perjury:

   1. I am associated with Ray Beckerman, P.C., attorneys for defendants Clive Burrow and Urban Cart Inc., and respectfully submit this declaration in connection with said defendants' motion for a more definite statement.

   2. Plaintiffs have filed an amended complaint which removes the corporate plaintiff.

   3. We agree that this moots the instant motion, and respectfully withdraw the instant motion.

   **WHEREFORE** it is respectfully requested that the defendants' motion for more definite statement be withdrawn.

Dated: Forest Hills, New York
   November 13, 2014

                        /s/ Ray Beckerman
                         **RAY BECKERMAN (RB8783)**