**DANIEL ABRAHAM**
ATTORNEY AT LAW
320 SEVENTH AVENUE, #109 • BROOKLYN, NY 11215
T: 718.782.3565 • M: 718.755.4007 • D.ABRAHAM@LEGALEASEL.COM
_____

US SUPREME COURT  
FIRST CIRCUIT  
SECOND CIRCUIT: SDNY, EDNY

NEW YORK  
ILLINOIS

August 6, 2015

Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Bretillot v. Burrow, et al.,* Case No. 14-CV-7633 (JGK) (MHD)
      *Bretillot v. Burrow, et al.,* Case No. 14-CV-7599 (JGK)
      **Request for Non-Appearance.**

Dear Judge Koeltl:

I received the Court's notice (Document 41) of November 25, 2015, to appear for oral argument on December 10, sent to all parties.  This document was sent under the case number 14-CV-7599 (JGK).

The Court disposed of my sole connection with this case with its Opinion and Order (Document 108, dated October 26, 2015) under the case number 14-CV-7633 (JGK)(MHD), which denied my petition for payment.  As the Opinion and Order ended any connection I might have with these proceedings, I can see no purpose to my presence at the December 10 hearing.

Please confirm that I am not required to appear on December 10, as the Court has disposed of my own issue, I am in no way involved in the primary case, and have received no documents related to this case for the past several months save for those relating to my petition which the Court has already denied.

Thank you for your clarification of this matter.

Respectfully submitted,

/s/ Daniel Abraham

Daniel Abraham (DA 6359)


cc:  All Counsel of Record (by ECF)